R. I. Davis, Succeeded by Logan L. Mullins, Receiver, et al., Appellees, v. Charles Sedman and Louis W. Mack, Appellants.

Gen. No. 41,225.

opinion filed November 4, 1940; rehearing denied, November 18, 1940. Hector A. Brouillet, for appellant Charles Sedman; Louis W. Mack, *pro se;* Sonnenschein, Berkson, Lautmann, Levinson & Morse, for certain appellees; Zimmerman & Norman for certain other appellee; Roger S. Block, Edward A. Zimmerman and I. E. Ferguson, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."